UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TERI M. FOX,** | : | |
| | : | Case No. 5:08-CV-2975 |
| **Plaintiff,** | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | **ORDER** |
| | : | |
| **Defendant.** | : | |

Pending before the Court is the *Amended Motion for Remand* (Doc. 16) filed by the Defendant Commissioner of Social Security ("Commissioner"). In this motion, the Commissioner moves the Court to remand the case for a decision fully favorable to the Plaintiff Teri M. Fox. (*Id.*)

On July 8, 2009, Magistrate Judge Benita Y. Pearson filed a Report and Recommendation ("R&R"), recommending that the Court grant the Commissioner's *Amended Motion to Remand*. (Doc. 17.)

Though the time for filing objections to the Magistrate Judge's R&R has not yet expired, Plaintiff's counsel has informed the Court that Plaintiff does not object to the R&R.

Upon review of the record, the Court agrees with the Magistrate Judge's R&R. Accordingly, the Magistrate Judge's R&R (Doc. 17) is **ADOPTED**, the Commissioner's *Amended Motion to Remand* (Doc. 16) is **GRANTED**, and the case is **REMANDED** to the Commissioner for a decision fully favorable to the Plaintiff and an award of benefits pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*/s/Kathleen M. O'Malley*
**KATHLEEN McDONALD O'MALLEY**
**Dated: July 9, 2009** **UNITED STATES DISTRICT JUDGE**